**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2727**

---

MICHAEL G. MCFADDEN,

Plaintiff - Appellant,

versus

UNITED STATES FIDELITY AND GUARANTY COMPANY,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
94-3135-S)

---

Submitted: January 18, 1996        Decided: January 31, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael G. McFadden, Appellant Pro Se.  Bruce Stephen Harrison,
Alisa Helene Reff, SHAWE & ROSENTHAL, Baltimore, Maryland, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting Defendant's motion for summary judgment in his employment discrimination action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. § 2000e-2 (West 1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McFadden v. United States Fidelity & Guar. Co., No. CA-94-3135-S (D. Md. Aug. 14, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED